# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:22-CV-655-RJC-DCK

| | |
|---|---|
| **WILBUR DE LEON,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **GLOBAL TILING, INC.,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Brian L. Kinsley, concerning Nicholas Conlon, on January 4, 2023. Nicholas Conlon seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Nicholas Conlon is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 4, 2023

David C. Keesler
United States Magistrate Judge