IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-655-RJC-DCK

| WILBUR DE LEON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| GLOBAL TILING, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Jerry H. Walters, Jr., concerning Joshua B. Waxman, on February 7, 2023. Joshua B. Waxman seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Joshua B. Waxman is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 7, 2023

David C. Keesler
United States Magistrate Judge