IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-655-RJC-DCK

| | |
|---|---|
| WILBUR DE LEON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| GLOBAL TILING, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by Jerry H. Walters, Jr., concerning Allison Papadopoulos, on February 7, 2023. Allison Papadopoulos seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. Allison Papadopoulos is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 7, 2023

David C. Keesler
United States Magistrate Judge