IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-655-RJC-DCK

| | |
|---|---|
| WILBUR DE LEON, | ) |
|     Plaintiff, | ) |
| v. | ) **ORDER** |
| GLOBAL TILING, INC., | ) |
|     Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Case For Thirty (30) Days" (Document No. 17) filed February 21, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Case For Thirty (30) Days" (Document No. 17) is **GRANTED**. This case is hereby **STAYED** until **March 23, 2023**. If the parties have not reached a settlement agreement by that date, the parties shall conduct an Initial Attorneys' Conference and file a Certificate of Initial Attorneys' Conference on or before **March 30, 2023**.

**SO ORDERED**.

Signed: February 21, 2023

David C. Keesler
United States Magistrate Judge