IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-655-RJC-DCK

| | |
|---|---|
| WILBUR DE LEON, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL TILING, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Case For An Additional Thirty (30) Days" (Document No. 21) filed March 23, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, the undersigned will grant the motion. However, further extensions of this deadline are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that "Joint Motion To Stay Case For An Additional Thirty (30) Days" (Document No. 21) is **GRANTED**. This case is **STAYED** until **April 24, 2023**. The parties shall file a Notice Of Settlement, or conduct an Initial Attorneys' Conference and file a Certificate of Initial Attorneys' Conference, on or before **May 1, 2023**.

_____
David C. Keesler, United States Magistrate Judge

March 23, 2023
Date