# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-655-RJC-DCK

| | |
|---|---|
| **WILBUR DE LEON,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **GLOBAL TILING, INC.,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Case For An Additional Thirty (30) Days" (Document No. 23) filed April 26, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will <u>grant</u> the motion. Further extensions of the deadline are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Case For An Additional Thirty (30) Days" (Document No. 23) is **GRANTED**. This case is **STAYED** until **May 24, 2023**. The parties shall file a Notice of Settlement, or conduct an Initial Attorneys' Conference and file a Certificate of Initial Attorney's Conference, on or before **May 31, 2023**.

**SO ORDERED**.   Signed: April 27, 2023

David C. Keesler
United States Magistrate Judge