IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-655-RJC-DCK

| | |
|---|---|
| WILBUR DE LEON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GLOBAL TILING, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Case For An Additional Fourteen (14) Days" (Document No. 25) filed May 30, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will grant the motion. Further extensions of the deadline are unlikely to be allowed; however, the undersigned will permit this one more extension here in light of the circumstances.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Case For An Additional Fourteen (14) Days" (Document No. 25) is **GRANTED**. This case is **STAYED** until **June 14, 2023**. The parties shall file a Notice of Settlement, or conduct an Initial Attorneys' Conference and file a Certificate of Initial Attorney's Conference, on or before **June 21, 2023**.

**SO ORDERED**.

Signed: May 31, 2023

David C. Keesler
United States Magistrate Judge