IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-655-RJC-DCK

| WILBUR DE LEON, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| GLOBAL TILING, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For Entry Of Stay Pursuant To North Carolina Commercial Receivership Act" (Document No. 31) filed June 29, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion For Entry Of Stay Pursuant To North Carolina Commercial Receivership Act" (Document No. 31) is **GRANTED**. This case is **STAYED** until **August 18, 2023**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice of Settlement, a Certificate of Initial Attorneys' Conference, or a Joint Status Report, on or before **August 18, 2023**.

**SO ORDERED**.

Signed: June 29, 2023

*[signature]*
David C. Keesler
United States Magistrate Judge