IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-655-RJC-DCK

| | |
|---|---|
| WILBUR DE LEON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GLOBAL TILING, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Status Report" (Document No. 35) filed August 18, 2023.

By the instant report, Plaintiff's counsel indicates that Defendant "has not been replaced by new counsel of record, [and] has informed the undersigned that it does not intend to make any further appearances in this matter or join this status report." (Document No. 35, p. 1). Based on the Court's June 30, 2023 Order, this case was stayed until **August 18, 2023**. See (Document No. 32). Plaintiff requests thirty days "to either file a motion for default judgment against Defendant based on its failure to appear through counsel, or alternatively seek an order dismissing the case." (Document No. 35, p. 1).

**IT IS, THEREFORE, ORDERED** that Plaintiff shall have up to and including **September 18, 2023** to either file a motion for default judgment or a motion to dismiss.

**SO ORDERED**.

Signed: August 21, 2023

David C. Keesler
United States Magistrate Judge