UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00655-RJC-DCK

| | |
|---|---|
| WILBUR DE LEON, individually and on behalf of similarly situated individuals, ) ) ) Plaintiff, ) ) v. ) ) GLOBAL TILLING, INC., ) ) Defendant. ) ) | ORDER |

**THIS MATTER** is before the Court on Plaintiff Wilbur De Leon's Consent Motion to Dismiss Without Prejudice. (Doc. No. 37). Having fully considered the foregoing motion and Plaintiff's reasons therefor, the Court will grant the Consent Motion to Dismiss Without Prejudice.

**IT IS, THEREFORE, ORDERED** that the Consent Motion to Dismiss without Prejudice is **GRANTED**, and the Complaint is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and attorney's fees.

**SO ORDERED**.

Signed: September 28, 2023

Robert J. Conrad, Jr.
United States District Judge